OPINION — AG — ** CONTINUING EDUCATION — REAL ESTATE LICENSURE ** THE REQUIREMENTS FOR CONTINUING EDUCATION FOR REAL ESTATE LICENSEES AS A CONDITION FOR RENEWAL UNDER 59 O.S. 858-307.2 [59-858-307.2] APPLY TO ALL REAL ESTATE LICENSEES, WITHOUT REGARD TO WHETHER THEY WERE LICENSED BEFORE OR AFTER THE EFFECTIVE DATE OF THE STATUTE. (PROFESSIONS AND OCCUPATIONS, LICENSES, REAL ESTATE COMMISSION) CITE: 59 O.S. 858-307.2 [59-858-307.2] (HUGH A. MANNING)